UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKIE M. PHILLIPS,

    Plaintiff,

v.

HARBOR VENICE MANAGEMENT, LLC, a Florida Corporation,

    Defendant.
_____/

CASE NO.: 8:19-cv-2379 VMC-TGW

## **NOTICE OF MEDIATION**

PLEASE TAKE NOTICE that on Friday, August 21, 2020, beginning at 9:00 a.m. (Eastern Time) a Mediation Conference in the above-styled matter will be held before Mediator Mark A. Hanley, Bradley Arant Boult Cummings LLP, 100 North Tampa Street, Suite 2200, Tampa, FL  33602 (813) 559-5500.  A whole day has been reserved for the Mediation.

PLEASE BE GOVERNED ACCORDINGLY.

Dated:  January 16, 2020

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 16, 2020, I electronically served the foregoing upon the following: **Kevin F. Sanderson, Esquire** (kevin@srqattorney.com), Attorney for Plaintiff.

        **CARR ALLISON**

        /s/ P. David Brannon
        P. David Brannon ⬥ FBN 820636
        Email: dbrannon@carrallison.com
        305 S. Gadsden Street
        Tallahassee, FL  32301
        (850) 222-2107; (850) 222-8475 Facsimile

        Attorneys for Defendant